**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARIA MARTA MORROW, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO.  4:13cv168 |
| | § | Judge Clark/Judge Mazzant |
| DEUTSCHE LUFTHANSA | § | |
| AKTIENGESELLSCHAFT D/B/A | § | |
| LUFTHANSA GERMAN AIRLINES, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

Before the court is the parties' Agreed Motion to Dismiss with Prejudice [Doc. 14].  In the motion, the parties move for dismissal of the case, with prejudice.

It is **ORDERED** that the Agreed Motion to Dismiss with Prejudice [Doc. #14] is **GRANTED**.  The court further **ORDERS** that all claims asserted by Plaintiff Maria Marta Morrow against Defendant Deutsche Lufthansa A.G. d/b/a Lufthansa German Airlines in the captioned cause are **DISMISSED** with prejudice to Plaintiff's right to refile the same in whole or in part, with all costs of court to be taxed against the party incurring same.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **24** day of **February, 2014.**

_____
Ron Clark, United States District Judge